# Court of Appeals
# of the State of Georgia

ATLANTA,  January 25, 2016

*The Court of Appeals hereby passes the following order:*

**A16A0244.  ROGER LEE LARRY v. JAMESTOWN PROPERTIES.**

Appellant did not file an enumeration of errors or brief within 20 days of the docketing of the appeal as directed. On December 1, 2015, this Court granted Appellant's motion for an extension of time in which to file an enumeration of errors and brief until 12/11/2015. As of the date of this order, Appellant has not filed an enumeration of errors and brief as ordered by this Court.

Based on the foregoing, Appellee has filed a motion to dismiss the appeal. It is ordered that the motion is hereby **GRANTED**. Accordingly, this appeal is **DISMISSED**. Court of Appeals Rules 7, 23 (a).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  01/25/2016
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*